IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Keith Sanders,

    Plaintiff,                    Civil Action No. 1:20-CV-05173-CAP-JKL

v.

Metropolitan Atlanta Rapid Transit
Authority (MARTA), Thomas Young,
individually and in his former official capacity
as Assistant General Manager, and
LaShanda Dawkins, individually and as MARTA's
Assistant General Manager, Human Resources,

    Defendants.

## Notice of Voluntary Dismissal With Prejudice

Comes Now Plaintiff Keith Sanders and pursuant to the Federal Rules of Civil Procedure files this dismissal with prejudice of the above-styled action and all claims asserted therein. Plaintiff shall bear his own costs.

Dated this 1st day of March, 2021.

                                              /s/ Debra Schwartz
                                              DEBRA E. SCHWARTZ
                                              Georgia Bar No. 631035

SCHWARTZ ROLLINS, LLC
945 East Paces Ferry Road, Suite 2270
Atlanta, Georgia 3032
(404) 844-4130
des@gaemploymentlawyers.com